**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 7:25-cv-457 |
| v. | § § § | |
| | § | **JURY TRIAL DEMANDED** |
| COINBASE GLOBAL, INC., | § § | |
| Defendant. | § § § | |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Pardalis Technology Licensing, L.L.C., files this Original Complaint against Defendant Coinbase Global, Inc. for infringement of U.S. Patent No. 6,671,696 ("the '696 Patent"); U.S. Patent No. 7,136,869 ("the '869 Patent"); and U.S. Patent No. 7,949,668 ("the '668 Patent"), collectively, the "Asserted Patents."

## THE PARTIES

1.      Plaintiff Pardalis Technology Licensing, L.L.C. ("Pardalis") is a Delaware limited liability company, with its principal place of business at 700 Kihekah Avenue, Pawhuska, Oklahoma 74056.

2.      On information and belief, Defendant Coinbase Global, Inc. is a holding company for Coinbase, Inc. (collectively, "Coinbase"), both organized under the laws of the State of Delaware. On information and belief, while Coinbase is a remote-first company that does not maintain a headquarters, it has a regular and established places of business in the Western District of Texas.

## JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*., including, without limitation, 35 U.S.C. §§ 271, 281, 284, and 285.

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Coinbase in this action because Coinbase has committed acts of infringement within this District giving rise to this action, has a regular and established place of business in this District, and has established minimum contacts with this forum such that the exercise of jurisdiction over Coinbase would not offend traditional notions of fair play and substantial justice. Coinbase directly and/or through intermediaries, conducted and continues to conduct its business extensively throughout Texas, by distributing, offering for sale, selling, and/or advertising its products and/or services in Texas and the Western District of Texas, regularly does business or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from products and/or services provided to individuals in Texas, and commits acts of infringement of Pardalis's patents in this District by, among other things, supplying, distributing, developing, making, using, offering to sell, and/or selling the Accused Products (as more particularly identified and described throughout this Complaint, below) in this State and this District and/or inducing others to commit acts of patent infringement in this State. Indeed, Coinbase has purposefully and voluntarily placed one or more Accused Products into the stream of commerce through Coinbase's established distribution channels (including the Internet) with the expectation and intent that such products will be sold to and purchased by consumers in this State, and this District; and with the knowledge and expectation that such products (whether

in standalone form or as integrated in downstream products) will be imported into this State, and this District.

6.      In addition, on information and belief, Coinbase has derived substantial revenues from its infringing acts occurring within this State and this District. It has substantial business in this State and this District, including: (i) at least part of its infringing activities alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported, and services provided to Texas residents. Coinbase derives benefits from its presence in this District. For example, Coinbase receives revenue from sales and distribution via electronic transactions conducted on and using at least the Accused Products, and its incorporated and/or related systems.

7.      Coinbase has, thus, in the many ways described above, availed itself of the benefits and privileges of conducting business in this State and willingly subjected itself to the exercise of this Court's personal jurisdiction over it. Indeed, Coinbase has sufficient minimum contacts with this forum through its transaction of substantial business in this State and this District and its commission of acts of patent infringement as alleged in this Complaint that are purposefully directed towards this State and District.

8.      Venue is proper in the Western District of Texas pursuant to 28 U.S.C. §§ 1391 and 1400(b) at least because Coinbase has committed acts of infringement and, while a remote-first company that does not maintain a physical headquarters, has a regular and established place of business in this District.

9.      On information and belief, Coinbase or Coinbase's subsidiaries have physical facilities and employees in Texas, including in the Western District of Texas. On information and belief, Coinbase has one or more regular established places of business in the Western District of

Texas. Coinbase, Inc. may be served with process through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporated Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701. Coinbase, Inc. was provided its Texas money transmitter license (DOB Money Transmitter License, 3121) by the Texas Department of Banking, allowing Texas residents to buy, sell, and trade cryptocurrencies.[1] On information and belief, Coinbase is also a founding member of The Crypto Freedom Alliance of Texas.[2] On information and belief, Coinbase acquired Unit 410 in 2021, which was founded in Austin, Texas by Rob Witcoff, who now serves as the VP, Head of Platform for Coinbase.[3] On information and belief, Unit 410 maintains an office at 21750 Hardy Oak Blvd., Suite 104 No. 66067, San Antonio, Texas 78258.

10.    On information and belief, Coinbase directly and/or indirectly develops, designs, manufactures, distributes, markets, offers to sell, and/or sells infringing products and services in the United States, including in the Western District of Texas, and otherwise directs infringing activities to the Western District of Texas in connection with its products and services as set forth in this Complaint.

## THE ASSERTED PATENTS AND TECHNOLOGY

11.    Pardalis is the sole and exclusive owner of all right, title, and interest in the '696 Patent, the '869 Patent, and the '668 Patent and holds the exclusive right to take all actions necessary to enforce its rights in, and to, the Asserted Patents, including the filing of this patent infringement lawsuit. Pardalis also has the right to recover all damages for past infringements of the Asserted Patents.

---

[1] https://www.coinbase.com/legal/licenses.
[2] https://cryptoalliancetx.org/press-releases/blog-post-title-one-mn4lk.
[3] https://investor.coinbase.com/governance/management/default.aspx.

12.    The '696 Patent is entitled, "Informational Object Authoring and Distribution System." The '696 Patent lawfully issued on December 30, 2003, and stems from U.S. Patent Application No. 09/934,951, which was filed on August 20, 2001. A copy of the '696 patent is attached hereto as Ex. A.

13.    The '869 Patent is entitled, "Common Point Authoring System for Tracking and Authenticating Objects in a Distribution Chain." The '869 Patent lawfully issued on November 14, 2006, and stems from U.S. Patent Application No. 10/684,045, which was filed on October 10, 2003. The '869 Patent is a continuation-in-part of the '696 Patent. A copy of the '869 patent is attached hereto as Ex. B.

14.    The '668 Patent is entitled, "Common Point Authoring System for the Complex Sharing of Hierarchically Authored Data Objects in a Distribution Chain." The '668 Patent lawfully issued on May 24, 2011, and stems from U.S. Patent Application No. 11/595,569, which was filed on November 10, 2006. The '668 Patent is a continuation-in-part of the '869 Patent. A copy of the '668 patent is attached hereto as Ex. C.

15.    Pardalis and its predecessors complied with the requirements of 35 U.S.C. § 287, to the extent necessary, such that Pardalis may recover pre-suit damages.

16.    The inventions claimed in the Asserted Patents relate generally to new and novel approaches to authoring, identifying, authenticating, tracking, and controlling informational objects that are authored in and along ownership segmented computer networks, commercial supply chains, distribution chains, or consumption chains. *See, e.g.*, '668 Patent, 1:18-26.[4]

---

[4] For convenience and readability, Pardalis cites herein to the '668 Patent, which shares a substantially similar specification to the '696 Patent, and a virtually identical specification to the '869 Patent. Pardalis does not contend that the '668 Patent is representative of any other Asserted Patent.

17.    The claims of the Asserted Patents are directed to patent eligible subject matter under 35 U.S.C. § 101. They are not directed to an abstract idea, and the technologies covered by the claims consist of ordered combinations of features and functions that, at the time of the invention, were not, alone or in combination, well-understood, routine, or conventional.

18.    Indeed, the specifications of the Asserted Patents disclose shortcomings in the prior art and then explain, in detail, the technical ways in which the claimed inventions resolve or overcome those shortcomings. For example, the '668 Patent explains that there were numerous problems in the art, including that "[i]t is a problem in the field of product creation, product distribution, and/or product consumption to immutably author, maintain, and distribute intangible Informational Objects that identify a particular physical product or processed product as it progresses through an ownership segmented commercial supply, distribution, and consumption chain." '668 Patent, 1:32-38. More specifically, it was a problem to authenticate those informational objects, update the objects regarding history of a product, use the objects to track the products, and enable the objects to "become [their] own distinct commodity separate and apart from the commodity of the physical or processed product to which the [] Object has reference." *Id.* at 1:55-57. These problems were especially apparent in any industry that "operated under an ownership segmented structure which is based on separate production and distribution sectors." *Id.* at 2:10-12.

19.    Using the beef livestock industry as an example,[5] the patent explains that these deficiencies lead to "information [that] is rarely passed up or down the supply distribution chain,"

_____

[5] The specification states that "the beef livestock industry is <u>illustrative</u> of the nature of this problem and is <u>used as an example</u> for the purpose of illustrating the operation of the present Common Point Authoring system but is <u>not intended to limit the scope</u> of the described system. The Common Point Authoring system may have application to <u>any industry</u> where information having reference to a physical or processed product has need to be authored, uniquely identified,

"variable product quality," and "inefficiencies in information flow." *Id.* at 2:23-67; *see also id.* at 10:54-57 ("[S]oftware systems that are presently available provide for the inventorying of identification information that is difficult and expensive to pass up and down the commercial chain."), 11:4-7 ("The beef livestock industry as a whole cannot improve its product because it cannot efficiently move information up and down the supply, distribution, and consumption chain."). The applicants state that "the lack of information flow is not solvable without technologically addressing the issue of data ownership and control over Informational Objects." *Id.* at 3:32-34. Prior to Pardalis's inventions, however, "there [was] no globally accessible, centralized system in which Owners of animals or animal products, or Consumers of animal products, may uniquely identify and authenticate, track own and control, advertise, sell, and/or purchase Informational Objects having reference to animals and their products within the beef livestock industry's supply, distribution, and consumption chain." *Id.* at 3:45-51. Moreover, Pardalis explained that existing systems for identification, traceability, and data management were deficient because there was not "a globally accessible 'umbrella' information technology system that facilitates immutable authoring, unique identification, authentication, tracking, ownership and control, advertising, sale, and/or purchase of Informational Objects." *Id.* at 11:12-17; *see also id.* at 11:22-23 ("[O]nly the promise of data ownership control can attract critical mass usage to and of a globally accessible system.").

20.    To solve these problems, the '668 Patent discloses, and Pardalis developed and commercialized, among other things, a Common Point Authoring system that "automates the authoring, maintenance, and distribution of the Livestock Informational Objects by using an

---

authenticated, tracked, Owner controlled, advertised, sold, and/or purchased for compliance with governmental regulations and/or for commercial reasons." '668 Patent, 3:6-4:3 (emphasis added).

Internet-based paradigm and a centralized repository of unique-identified, immutable Data Elements." *Id.* at 4:52-56. And further, that "[t]he system's interconnectivity allows for the use of an Internet-based paradigm for the purchase and sale of the data as commodities." *Id.* at 4:63-65. "The Common Point Authoring system uses an object-oriented framework for communication," and the Objects "are not document files or database files, but instead are objects that contain sequences of instructions and information on which the instructions operate." *Id.* at 5:12-20. Further, each "Object contains pointers that identify a plurality of immutable "building blocks" of information that, when collected, comprise the [Object]." *Id.* at 5:21-25. And those building blocks also comprise data elements with corresponding unique identifiers. *Id.* The data elements are fixed and do not require updating; instead, a new version of an informational object would contain unique identifiers that point to a replacement data element that is maintained in a database. *Id.* 5:26-30.

21.    The Asserted Patents also provide a robust description of one embodiment of the inventions set forth in the specifications. For example, Figure 5 describes the "authoring means" for creating data that comprises an informational object. *See* '668 Patent, Fig. 5, 17:63-19:5. First, "the Member's identity is checked by the authentication server 141 against an authorized Member database 123." *Id.* at 18:7-9. Then "the authoring client software module executing on the Member's terminal device T1 is checked to identify the version of the software so that the authoring session executing of the Common Point Authoring system 10 can be compatible with the Member's software." *Id.* at 18:15-20. The Member can then "initiate[s] the authoring process" whereby the system "inserts various basic information into the unregistered Livestock Informational Object." *Id.* at 18:25-30.

22.     Similarly, the specification describes an embodiment of the "authentication means" for authenticating the informational object that the member created. The informational object is checked "for proper content, format, and Permissions," and if it is proper, "the authoring server 143 of the Common Point Authoring System 10 generates a unique Livestock Informational Object identification and substitutes this for the filename created by the [M]ember." *Id.* at 19:24-30. With respect to the "completion means for converting" the authenticated informational object into immutable form, the specification explains that the authoring server "date and time stamps" the informational object and "stores [it] in immutable form in the registered Informational Object database." *Id.* at 19:30-35.

23.     The specification further provides extensive discussion of managing digital rights using specific and non-generic components and systems. For example, the specification describes an embodiment with an improved and simplified "Subscriber management process" where "each prospective Subscriber who accesses the Common Point Authoring system 10 for enrollment purposes is uniquely defined by this identifier." *Id.* at 14:31-35. Another embodiment is described in which the access to the informational objects "is managed pursuant to the offertory procedures set by the offering Member." *Id.* at 21:24-27.

24.     And the specification also describes how the "database management means" can write the immutable informational object into memory. "This subroutine creates a standard immutable Data Element that comprises the Member name for use in creating one or more Informational Objects, since the Member's name appears on each Informational Object that the author creates. At step 411, the prospective Member enters the unique enrollment number assigned at step 305; and at step 412, the Common Point Authoring system 10 assigns the unique enrollment number as an identifier to the prospective Member's name Data Element. At step 413, the

prospective Member's name and registered Data Element identifier are permanently added to the Member database 123, the subroutine ends, and processing exits at Step 414." *Id.* at 17:31-43.

25.      Indeed, while the claims of the three Asserted Patents were never rejected under 35 U.S.C § 101, during prosecution the applicant and the examiner relied on the aforementioned improvements to demonstrate that the claims were patentable.

26.      For example, during the prosecution of the application that would issue as the '869 Patent, the examiner found claims to be patentable because "the prior art of record fails to teach and/or suggest 'enabling an authorized authoring member to create data comprising a draft information object, which uniquely identifies a product . . . a corresponding immutable informational object which is identified by a unique identifier . . . writing said created immutable information object into a memory . . .", combined with "updating an information object by creating a new informational object relating back to said informational object…" Ex. D at 16 (February 10, 2006 Office Action).[6] Similarly, the examiner found claims in the application that would issue as the '668 Patent to be allowable based on the following limitations: "draft data element means for enabling an authorized authoring member to create data comprising at least one draft data element: wherein said authoring means incorporates said at least one draft data element into said draft information object; wherein said authenticating means comprises: data element authenticating means for enabling an authorized individual to authenticate said draft data element created by said authorized authoring member; and wherein said completion means converts said authenticated at least one draft data element to a corresponding immutable draft data element which is identified by a unique identifier." Ex. E at 24 (September 3, 2010 Office Action).

---

[6] Due to the size of the file history, Pardalis has only attached the exemplary relevant pages. The full file histories are publicly available and are incorporated by reference herein.

27.    While the patents that issued from these and other applications claim priority to the same application filed in 2001, the claims in those patents include elements that are significantly distinct from each other. Certain exemplary claims are recited below, but Pardalis does not contend that these exemplary claims are representative of other claims within the Asserted Patents. Further, Pardalis emphasizes certain claim elements that are distinct and that are described in the specifications as solutions to disclosed problems but does not contend that those emphasized elements are the only ones that demonstrate the patentability of the claims of the Asserted Patents.

28.    Claim 12 of the '696 Patent:

A method for generating information objects, each of which contains a set of immutable data, comprising the steps of:

maintaining in a read-only mode, a plurality of immutable data elements, each of which is identified by a unique identifier;

maintaining in a read-only mode, a set of data that defines an informational object, said set of data comprising a plurality of said unique identifiers that correspond to a selected set of said plurality of data elements;

*enabling an authorized authoring member to create data comprising at least one of a draft data element and a draft informational object*;

*authenticating said at least one of a draft data element and a draft informational object created by said authorized authoring member*;

*converting said authenticated at least one of a draft data element and a draft informational object created by said authorized authoring member to a corresponding immutable at least one of a data element and an informational object*;

writing said created immutable at least one of a data element and an informational object into a memory for use by said first and said second means for maintaining.

29.    Claim 9 of the '869 Patent:

A method for maintaining data for use by authoring and accessing members to track uniquely identified products, comprising:

enabling an authorized authoring member to create data comprising a draft informational object, *which uniquely identifies a product for tracking purpose*s;

authenticating said draft informational object created by said authorized authoring member;

converting said authenticated informational object created by said authorized authoring member to a corresponding immutable informational object which is identified by a unique identifier;

writing said created immutable informational object into a memory for use by authorized accessing members; and

*updating an informational object by creating a new informational object relating back to said informational object and containing new data*.

30.    Claim 1 of the '668 Patent:

A common point authoring system for complex sharing of hierarchically authored data objects in a distribution chain, comprising:

authoring means for enabling an authorized authoring member to create data comprising a draft informational object, which uniquely identifies a product for tracking purposes;

authenticating means for enabling an authorized individual to authenticate said draft informational object created by said authorized authoring member;

completion means for converting said authenticated informational object created by said authorized authoring member to a corresponding immutable informational object which is identified by a unique identifier;

database management means for writing said created immutable informational object into a memory for use by authorized accessing members;

*draft data element means for enabling an authorized authoring member to create data comprising at least one draft data element*;

*wherein said authoring means incorporates said at least one draft data element into said draft informational object*;

wherein said authenticating means comprises:

*data element authenticating means for enabling an authorized individual to authenticate said draft data element created by said authorized authoring member*; and

wherein said ***completion means converts said authenticated at least one draft data element to a corresponding immutable draft data element which is identified by a unique identifier***.

31.     Pardalis's own contemporaneous documentation of its patented technologies further demonstrates that the Asserted Patents are directed to non-abstract improvements. For example, in 2004, Pardalis published a white paper entitled "*Author-Level Digital Rights Management* and the *Common Point Authoring*™ *System*: Protecting Information Exchange." *See* Ex. F. In that paper, Pardalis stated that its patented Common Point Authoring System addressed challenges such as "the need for an infrastructure capable of linking the thousands of organizations that produce information" and "the need to protect the interests of each of these individual information producers." *Id.* at 1. Pardalis explained that before its technology, information was protected through Standard Digital Rights Management technology such as encrypting content and providing licenses, but that those techniques did not adequately protect information produced by multiple authors in a complex environment. *Id.* at 2. To address this, Pardalis's technology provided rights management at the level of informational elements produced within such a system and packaged those elements with unique digital identifiers. *Id.* Further, Pardalis's technology allowed for control of how and to whom such information could be distributed and used. *Id.*



*Figure 1.*[7]

32.     Thus, consistent with the disclosures of the Asserted Patents, and the arguments made to the U.S. Patent and Trademark Office during prosecution of those patents, Pardalis contemporaneously described in the early 2000s how its novel technologies improved upon extant approaches to tracking products through complex, segmented supply chains.

33.     In 2007, Pardalis began publishing "THE @WHOLECHAIN™ BLOG" on its website, www.pardalis.com. At that time, the term "blockchain" had still not been coined, and Satoshi Nakamoto's paper about Bitcoin would not be published until late 2008.

34.     Thus, at a minimum, the claims of the Asserted Patents are "necessarily rooted in computer technology in order to overcome [] problem[s] specifically arising in the realm of computer networks." *DDR Holdings, LLC v. Hotels.com*, *L.P.*, 773 F.3d 1245, 1247 (Fed. Cir. 2014). And, as the Asserted Patents explain, the claimed inventions are directed to and solve "challenge[s] particular to the Internet." *Id.* at 1257. The claimed inventions are directed to and

---

[7] Ex. F at 2.

solve problems with tracking informational data objects within a complex, segmented distribution chain. '668 Patent, 1:32-38, 2:23-67, 11:4-7. The claimed inventions are directed to and solve problems with maintaining consistency and compatibility of informational data objects authored by different sources throughout a computer network such as the Internet. *Id.* at 2:10-12, 3:45-51, 11:12-17. The claimed inventions are directed to and solve problems of ensuring authenticity of data objects authored through a distribution chain. *Id.* at 1:55-57, 3:32-34. Specifically, the Asserted Patents explain that because "software systems that are presently available provide for the inventorying of identification information that is difficult and expensive to pass up and down the commercial chain" (*see* '668 Patent, 11:4-7), Pardalis's claims are directed to a patented Common Point Authoring system that use "an Internet-based paradigm" to automatically immutably author, authenticate, maintain, and distribute intangible and uniquely-identified, immutable informational objects and data elements to trace products through a complex, segmented, commercial distribution chain. *See, e.g., id.* at 1:31-38, 1:55-57, 4:53-56. The claims are directed to methods and systems of managing digital rights using specific and non-generic components and steps. *See*, *e.g.*, *id.* at 11:12-17; 14:31-35, 21:24-27; *see also ContentGuard Holdings, Inc. v. Amazon.com*, *Inc.*, 142 F. Supp. 3d 510, 515 (E.D. Tex. 2015). These claims are therefore directed to non-abstract, specific improvements in computer and/or network functionalities. *See TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1293 (Fed. Cir. 2020); *see also Enfish, LLC v. Microsoft Corp.*, 822 F.3d 1327, 1335-36 (Fed. Cir. 2016).

35.     To address the extant problems within global, segmented, distribution chains, the claims of the Asserted Patents contain numerous elements drawn to inventive concepts that are more than well-understood, routine, conventional activities previously known to the industry. *Cosmokey Sols. GMBH & Co. KG v. Duo Sec.*, 15 F.4th 1091, 1097-1098 (Fed. Cir. 2021).

36.    For example, the specification and claims describe a Common Point Authoring system that automates the authoring, maintenance, and distribution of informational objects by using an Internet-based paradigm and a repository of uniquely-identified, immutable data elements. '668 Patent, 4:52-56. The Asserted Patents tout the system's interconnectivity, which allows for the purchase and sale of the data as commodities." *Id.* at 4:63-65. Thus, the claims recite specific solutions to Internet-centric problems. *DDR Holdgins, LLC v. Hotels.com, L.P.*, 773 F.3d 1245, 1257 (Fed. Cir. 2014).

37.    Moreover, the Asserted Patents explain that the informational objects contain pointers that identify a plurality of immutable 'building blocks' of information that, when collected, comprise the object. '668 Patent, 5:21-25. And those building blocks also comprise data elements with corresponding unique identifiers. *Id.* The data elements are fixed and do not require updating; instead, a new version of an informational object would contain unique identifiers that point to a replacement data element that it maintained in a database. *Id.* at 5:26-30.

38.    Still further, the Asserted Patents explain that the system authenticates the informational objects and data elements themselves, not just the identities of authorized members, by checking for proper content, format, and permissions, and that an authoring server within the system generates a unique informational object identification and substitutes this for the filename created by the member. *Id.* at 19:24-30. And the system then converts the authenticated informational objects into immutable form that is stored in ready only memory. *Id.* at 19:30-35.

39.    Notably, during prosecution, these same solutions were cited to overcome prior art and for the bases of patentability. *Coop. Entm't, Inc. v. Kollective Tech., Inc.,* 50 F.4th 127, 135 (Fed. Cir. 2022).

40. Thus, the elements in the various claims, both individually and as an ordered combination, recite inventive concepts. *Weisner v. Google LLC*, 51 F.4th 1073, 1083 (Fed. Cir. 2022). These limitations, as well as others, are substantial, meaningful, and concrete, and which tie the claims down and remove them from essentially affecting a monopoly on the allegedly abstract idea of merely doing business.

## THE COINBASE ACCUSED PRODUCTS

41. Coinbase has made, used, sold, offered for sale, and/or imported certain Coinbase products, their components and processes, including software and application integration systems that incorporate the fundamental technologies covered by the Asserted Patents and/or practiced the subject matter claimed by the Asserted Patents including, but not limited to, (i) Coinbase Platform; (ii) Coinbase Exchange; (iii) Coinbase Prime; and (iv) Coinbase Wallet (now called Base App); as well as internal use by Coinbase and all other systems, services, processes, methods, acts, components (hardware and/or software), and/or other instrumentalities with functionality similar to that identified in the Counts recited below released within the relevant timeframe set forth in 35 U.S.C. § 286 (collectively, the "Accused Products").

42. On information and belief, each Accused Product provides a platform for people and institutions to engage with digital assets by trading, safekeeping, and/or spending digital assets such as Bitcoin, cryptocurrency, and tokens, in addition to providing infrastructure for blockchain activity.[8] As Coinbase explains, digital assets "use a technology called public-private key cryptography to transfer coin ownership on a secure and distributed ledger,"[9] and "[o]n the

---

[8] https://www.coinbase.com/about.
[9] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.

blockchain, each transaction is permanently recorded on a secure, immutable ledger, enabling easier fund tracing, fraud detection, and regulatory compliance."[10]

43.     On information and belief, the Accused Products provide a platform for people and institutions to trade and store different types of digital assets like cryptoassets: "A digital asset is anything that is created and stored digitally, is identifiable and discoverable, and has or provides value. This broad definition encompasses a wide range of items, from photos, documents, and videos to more complex forms such as cryptocurrencies and tokenized assets."[11] As Coinbase explains, "'token' is just another word for 'cryptocurrency' or 'cryptoasset' [and is sometimes used] to describe all cryptocurrencies besides Bitcoin and Ethereum."[12]

44.     In addition to facilitating buying, selling, and/or trading of digital assets, Coinbase "holds your cryptocurrency or 'digital assets' for you. When you buy, receive, or hold digital assets using a Coinbase.com account, they are securely stored or 'custodied' for your benefit in a hosted digital asset wallet . . . while ensuring that they remain readily available for trading and other services" that Coinbase provides.[13]

45.     On information and belief, the Accused Products utilize blockchain technology to power transactions on the platform. "A blockchain is a database of transactions that is updated and shared across many computers [and e]very time a new set of transactions is added, it[ i]s called a 'block' . . . . Public blockchains allow anyone to add, but not remove, data."[14] As Coinbase describes, "[c]ryptocurrencies like Bitcoin and Ethereum are powered by a technology called the

---

[10] https://www.coinbase.com/public-policy/advocacy/documents/fact-finding-crypto-and-consumer-protection.
[11] https://www.coinbase.com/learn/crypto-basics/what-are-digital-assets.
[12] https://www.coinbase.com/learn/crypto-basics/what-is-a-token.
[13] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.
[14] https://xeslabs.com/Blockchain.

blockchain," and one "way people often describe the blockchain is that it's a ledger (sometimes you'll hear the terms 'distributed ledger' or 'immutable ledger'), that is similar to the balance sheet of a bank. Like a bank's ledger, the blockchain tracks all the money flowing into, out of, and through the network."[15]

46.     On information and belief, each Accused Product can only be accessed and used by verified users of Coinbase's services. Coinbase is "require[d] . . . to verify your identity before you're allowed to have full use of [Coinbase] services, including trading, staking, and sending/receiving funds."[16] Coinbase explains that "when you sign up for a new account[, o]ver the course of several screens, we ask users to provide personal information so that we can properly verify that you are who you say you are."[17]

47.     The technology discussion above and the exemplary Accused Products provide context for Plaintiff's infringement allegations contained herein.

## COUNT I

### (INFRINGEMENT OF U.S. PATENT NO. 6,671,696)

48.     Plaintiff incorporates the preceding paragraphs herein by reference.

49.     This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

50.     Pardalis is the owner of all substantial rights, title, and interest in and to the '696 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

---

[15] https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.
[16] https://www.coinbase.com/blog/know-your-customer-kyc-verification.
[17] https://www.coinbase.com/blog/know-your-customer-kyc-verification.

51.    The '696 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on December 30, 2003, after full and fair examination.

52.    Coinbase has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '696 Patent in this District and elsewhere in Texas and the United States by making, offering to sell, selling, testing, and/or using, and by actively inducing others to make, use, sell, offer to sell, and/or import, Coinbase products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '696 Patent, including, but not limited to, the Accused Products.

***Direct Infringement (35 U.S.C. § 271(a))***

53.    Coinbase has directly infringed one or more claims of the '696 Patent in this District and elsewhere in Texas and the United States.

54.    Coinbase has directly infringed, either by itself or via its agent(s), at least claim 12 of the '696 Patent[18] as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Products.

55.    By way of illustration only, Coinbase, via the Accused Products, did and continues to perform each and every element of claim 12 of the '696 Patent. To the extent the preamble is limiting, the Accused Products did and continue to perform "a method for generating information objects, each of which contains a set of immutable data." For example, each Accused Product generates information objects, each of which contain a set of immutable data, by allowing users to

---

[18] Throughout this Complaint, wherever Pardalis identifies specific claims of the Asserted Patents infringed by Coinbase, Pardalis expressly reserves the right to identify additional claims and products in its infringement contentions in accordance with applicable local rules and the Court's case management order. Specifically identified claims throughout this Complaint are provided for notice pleading only.

create proposed transactions for uniquely identified digital assets, such as Bitcoin, Ethereum, Solana, and other cryptocurrencies, as demonstrated below:



*Figure 2.*[19]

A Safe, Trusted, and Easy-to-Use Platform

Coinbase is building the infrastructure to power the cryptoeconomy, helping bring the benefits of this new technology to the world. Today, you could think of our products as a safe and easy-to-use platform to buy, sell, store, save, spend, and use cryptocurrency. But for many of our customers, they simply think of us as their primary financial account in the cryptoeconomy. Coinbase is building a portfolio of different products and services that connect to this primary financial account, and we're enabling third party products and services to be connected as well. We seek to make all of our products and services the most trusted and easiest to use in the industry.

---

[19] https://www.coinbase.com/.

*Figure 3.*[20]



*Figure 4.*[21]

56.     The Accused Products did and continue to practice "maintaining in a read-only mode, a plurality of immutable data elements, each of which is identified by a unique identifier." For example, the blockchain used with the Accused Products is an immutable ledger. The Accused Products maintain, in a read-only mode, a plurality of immutable data elements corresponding to data for each user, each of which is identified by a unique identifier.



---

[20] Coinbase Prospectus, 2021
(https://www.sec.gov/Archives/edgar/data/1679788/000162828021003168/coinbaseglobalincs-1.htm).
[21] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.

*Figure 5.*[22]



### Blockchain Technology

A blockchain is a database of transactions that is updated and shared across many computers in a network. Every time a new set of transactions is added, its called a "block" - hence the name blockchain. Public blockchains allow anyone to add, but not remove, data. If someone wanted to alter any of the information or cheat the system, they'd need to do so on the majority of computers on the network. That is a lot! This makes decentralized blockchains highly secure.

Blockchain technology is a foundational technology that allows the creation of a decentralized ledger of transactions across a network of computers. This ledger is immutable and transparent, meaning that once a transaction has been added to the blockchain, it cannot be altered or deleted, and all transactions are visible to all participants in the network. Here's an in-depth explanation of how blockchain technology works and its components:

*Figure 6.*[23]



*Figure 7.*[24]

---

[22] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.

[23] https://xeslabs.com/Blockchain.

[24] https://www.investopedia.com/terms/b/blockchain.asp.

> Blockchain is a decentralized digital database or ledger that securely stores records across a network of computers in a way that is transparent, immutable, and resistant to tampering. Each "block" contains data, and the blocks are linked in a chronological "chain."

*Figure 8.*[25]

57.     The Accused Products did and continue to practice "maintaining in a read-only mode, a set of data that defines an informational object, said set of data comprising a plurality of said unique identifiers that correspond to a selected set of said plurality of data elements." The Accused Products maintain, in a read-only mode, a set of data that defines a transaction. The set of data comprises a plurality of said unique identifiers that correspond to a selected set of said plurality of data elements. For example, the set of data defining the transaction comprises a plurality of said unique identifiers corresponding to data elements pertaining to the user or the transaction.



*Figure 9.*[26]

---

[25] https://www.investopedia.com/terms/b/blockchain.asp.

[26] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.

**◤ XesLabs**                                                           Menu

## Blockchain Technology

A blockchain is a database of transactions that is updated and shared across many computers in a network. Every time a new set of transactions is added, its called a "block" - hence the name blockchain. Public blockchains allow anyone to add, but not remove, data. If someone wanted to alter any of the information or cheat the system, they'd need to do so on the majority of computers on the network. That is a lot! This makes decentralized blockchains highly secure.

Blockchain technology is a foundational technology that allows the creation of a decentralized ledger of transactions across a network of computers. This ledger is immutable and transparent, meaning that once a transaction has been added to the blockchain, it cannot be altered or deleted, and all transactions are visible to all participants in the network. Here's an in-depth explanation of how blockchain technology works and its components:

*Figure 10.*[27]

Blockchain is a decentralized digital database or ledger that securely stores records across a network of computers in a way that is transparent, immutable, and resistant to tampering. Each "block" contains data, and the blocks are linked in a chronological "chain."

*Figure 11.*[28]

**Hash**

Every transaction that has been verified and added to the blockchain will receive an assigned `hash`. This creates a unique identifier for the transaction that can be used to locate and retrieve information about a specific transaction.

*Figure 12.*[29]

---

[27] https://xeslabs.com/Blockchain.

[28] https://www.investopedia.com/terms/b/blockchain.asp.

[29] https://www.alchemy.com/docs/understanding-the-transaction-object-on-ethereum#hash.

  

# Public and private keys

To send Bitcoin, you must have access to the public and private keys associated with the amount of bitcoin you want to send. When we talk of someone "owning" bitcoins, what it actually means is that person has access to a 'key pair' comprised of:

- a *public key* (an address) to which some amount bitcoin was previously sent
- the corresponding unique *private key* (a password) which authorizes the bitcoin previously sent to the above public key (address) to be sent elsewhere.

*Figure 13.*[30]

### Transaction Object

The transaction object on Ethereum is made up of the following components:

- `blockHash`: `DATA`, 32 Bytes - hash of the block where this transaction was in. null when it is pending.
- `blockNumber`: `QUANTITY` - block number where this transaction was in. null when it's pending.
- `from`: `DATA`, 20 Bytes - sender's address.
- `gas`: `QUANTITY` - gas provided by the sender.
- `gasPrice`: `QUANTITY` - gas price provided by the sender in Wei.
- `hash`: `DATA`, 32 Bytes - hash of the transaction.
- `input`: `DATA` - the data sent along with the transaction.
- `nonce`: `QUANTITY` - the number of transactions made by the sender prior to this one.
- `to`: `DATA`, 20 Bytes - address of the receiver. null when it's a contract creation transaction.
- `transactionIndex`: `QUANTITY` - integer of the transactions index position in the block. null when it's pending.
- `value`: `QUANTITY` - value transferred in Wei.
- `v`: `QUANTITY` - ECDSA recovery id
- `r`: `DATA`, 32 Bytes - ECDSA signature r
- `s`: `DATA`, 32 Bytes - ECDSA signature s

*Figure 14.*[31]

---

[30] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

[31] https://www.alchemy.com/docs/understanding-the-transaction-object-on-ethereum.

58.    The Accused Products did and continue to practice "enabling an authorized authoring member to create data comprising at least one of a draft data element and a draft informational object." For example, the Coinbase Platform authorizes users, through know-your-customer (KYC) technology, and enables those users to create data comprising proposed transactions, including public and private keys, that uniquely identify cryptocurrency, such as Bitcoin, Ethereum, Solana, and other cryptocurrencies. In order for a user to have the appropriate permissions to have full use of the Accused Products, the user's identity must be verified. Once a user has been authorized, the user has full use of the Accused Products, including trading cryptocurrency.

**coinbase**    Cryptocurrencies    Individuals    Businesses    Institutions

At Coinbase our mission is to increase economic freedom in the world, and we do so by trying to be the most trusted company in crypto. Trust is not an abstract notion, but a function of the real things we do to protect our users and the broader crypto community from harm. One of those things is adhering to local anti-money laundering regulations as part of our comprehensive financial compliance program. We do this to stop bad actors from accessing our platform so that financial crime does not have a chance to form.

What this means for you, the user, is that local anti-money laundering laws require Coinbase to verify your identity before you're allowed to have full use of our services, including trading, staking, and sending/receiving funds. We do this through a know-your-customer (KYC) program and it is one of the first things you see when you sign up for a new account. Over the course of several screens, we ask users to provide personal information so that we can properly verify that you are who you say you are. Depending on the country in which you live, you may see a slightly different mix of steps that include:

- A screen to input your address, date of birth, and the last four of your SSN

- A screen to capture the image of your personal ID card

- A screen to capture the image of your proof of address like a utility bill

- Questions about how you plan to use Coinbase products

We collect this information to satisfy local anti-money laundering laws, which includes determining if you're on any international sanctions lists.  We also have a sophisticated fraud detection engine that helps us measure risk which then makes a decision on whether you need to supply additional information in order to complete onboarding.

*Figure 15.*[32]

59.     Further, to trade cryptocurrency using the Accused Products, a user must also have a unique address. The unique address authorizes the user to send and receive cryptocurrency from and to the user's wallet.

---

[32] https://www.coinbase.com/blog/know-your-customer-kyc-verification.



*Figure 16.*[33]



*Figure 17.*[34]

60.    The authorized authoring member creates data comprising a draft data element. For example, the authorized authoring member of the Accused Products can create data comprising draft data elements pertaining to the user, the user's account, and/or the proposed transaction, etc. by inputting data into the Coinbase Platform. The authorized authoring member also creates data comprising a draft informational object. For example, the authorized authoring member of the Accused Products can create data comprising a proposed transaction using the Coinbase Platform.

---

[33] https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.
[34] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.



*Figure 18.*[35]



*Figure 19.*[36]

---

[35] https://www.coinbase.com/.
[36] https://www.coinbase.com/home.

  

# Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 20.*[37]

61.     The Accused Products did and continue to practice "authenticating said at least one of a draft data element and a draft informational object created by said authorized authoring member." For example, in order to conduct a cryptocurrency transaction, a user of the Accused Products must provide proof of ownership of the cryptocurrency the user plans to send in the proposed transaction. The Coinbase Platform manages a user's private keys, providing the private keys for transactions.

---

[37] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

**The Role of Digital Signatures in Blockchains**

Blockchains are decentralized, distributed ledgers that record transactions and data across a network of computers. Digital signatures are used to authenticate the legitimacy of these transactions and ensure the reliability and integrity of the blockchain.

Every user within a blockchain network possesses a pair of cryptographic keys: a public key and a private key. When a participant initiates a transaction, they sign it with their private key. This digital signature, that is unique to the sender, serves as a proof of identity and ensures that the transaction hasn't been tampered with during transmission.

*Figure 21.*[38]

## Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 22.*[39]

---

[38] https://secuxtech.com/blogs/blog/digital-signatures-what-they-are-and-what-they-do.
[39] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

62.     Additionally, the Coinbase Platform reviews and monitors blockchain transactions to verify that a transaction is not dangerous and to detect and neutralize potential risks.



*Figure 23.*[40]

63.     Further, a validator provided by the Coinbase Platform confirms the validity of new transactions added to the next block of the blockchain.

---

[40] https://www.coinbase.com/blog/how-coinbase-monitors-tokens-we-list-for-ongoing-compliance.



*Figure 24.*[41]

64.    The Accused Products did and continue to practice "converting said authenticated at least one of a draft data element and a draft informational object created by said authorized authoring member to a corresponding immutable at least one of a data element and an informational object." For example, the blockchain used with the Accused Products is an immutable ledger. The authenticated draft data element is converted to a corresponding immutable data element when it is recorded on the blockchain as part of a transaction. The authenticated draft

---

[41] https://www.coinbase.com/blog/ethereum-validator-performance-report.

informational object is converted to a corresponding immutable informational object when the proposed transaction is carried out and is converted into a block on the blockchain.



*Figure 25.*[42]

Blockchain is a decentralized digital database or ledger that securely stores records across a network of computers in a way that is transparent, immutable, and resistant to tampering. Each "block" contains data, and the blocks are linked in a chronological "chain."

*Figure 26.*[43]

---

[42] https://www.investopedia.com/terms/b/blockchain.asp.
[43] https://www.investopedia.com/terms/b/blockchain.asp.

 **Bitcoin.com**  

## Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 27.*[44]

65.     The Accused Products did and continue to practice "writing said created immutable at least one of a data element and an informational object into a memory for use by said first and said second means for maintaining." For example, the Accused Products write and store records pertaining to blocks on a digital ledger. Authorized accessing members use the Accused Products to trade cryptocurrency and view cryptocurrency transaction records and data.

---

[44] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.



*Figure 28.*[45]



*Figure 29.*[46]

### Damages

66.     Pardalis has been damaged as a result of Coinbase's infringing conduct described in this Count. Coinbase is, thus, liable to Pardalis in an amount that adequately compensates

---

[45] https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.
[46] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.

Pardalis for Coinbase's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT II

### (INFRINGEMENT OF U.S. PATENT NO. 7,136,869)

67.    Plaintiff incorporated the preceding paragraphs herein by reference.

68.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, et seq.

69.    Pardalis is the owner of all substantial rights, title, and interest in and to the '869 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

70.    The '869 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on November 14, 2006, after full and fair examination.

71.    Coinbase has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '869 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, Coinbase products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '869 Patent, including, but not limited to, the Accused Products.

***Direct Infringement (35 U.S.C. § 271(a))***

72.    Coinbase has directly infringed one or more claims of the '869 Patent in this District and elsewhere in Texas and the United States.

73.    Coinbase has directly infringed, either by itself or via its agent(s), at least claim 9 of the '869 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Products.

74.    By way of illustration only, the Accused Products did and continue to perform each and every element of claim 9 of the '869 Patent. The Accused Products did and continue to perform "a method for maintaining data for use by authoring and accessing members to track uniquely identified products." For example, the Accused Products did and continue to maintain data for use by authoring and accessing members to track uniquely identified digital assets, such as Bitcoin, Ethereum, Solana, and other cryptocurrencies, as demonstrated below:

---

**A Safe, Trusted, and Easy-to-Use Platform**

Coinbase is building the infrastructure to power the cryptoeconomy, helping bring the benefits of this new technology to the world. Today, you could think of our products as a safe and easy-to-use platform to buy, sell, store, save, spend, and use cryptocurrency. But for many of our customers, they simply think of us as their primary financial account in the cryptoeconomy. Coinbase is building a portfolio of different products and services that connect to this primary financial account, and we're enabling third party products and services to be connected as well. We seek to make all of our products and services the most trusted and easiest to use in the industry.

---

*Figure 30.*[47]

---

**coinbase**                                              Sign in

Coinbase.com is a centralized crypto exchange that holds your cryptocurrency or 'digital assets' for you. When you buy, receive, or hold digital assets using a Coinbase.com account, they are securely stored or 'custodied' for your benefit in a hosted digital asset wallet. At all times, these assets are yours – they never belong to Coinbase.

---

*Figure 31.*[48]

---

[47] Coinbase Prospectus, 2021 (https://www.sec.gov/Archives/edgar/data/1679788/000162828021003168/coinbaseglobalincs-1.htm).
[48] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.

75.    The Accused Products did and continue to practice "enabling an authorized authoring member to create data comprising a draft informational object, which uniquely identifies a product for tracking purposes." For example, the Coinbase Platform did and continues to authorize users, through know-your-customer (KYC) technology, and enables those users to create data comprising proposed transactions, including public and private keys, that uniquely identify cryptocurrency, such as Bitcoin, Ethereum, Solana, and other cryptocurrencies. In order for a user to have the appropriate permissions to have full use of the Accused Products, the user's identity must be verified. Once a user has been authorized, the user has full use of the Accused Products, including trading cryptocurrency.

**coinbase**        Cryptocurrencies    Individuals    Businesses    Institutions

At Coinbase our mission is to increase economic freedom in the world, and we do so by trying to be the most trusted company in crypto. Trust is not an abstract notion, but a function of the real things we do to protect our users and the broader crypto community from harm. One of those things is adhering to local anti-money laundering regulations as part of our comprehensive financial compliance program. We do this to stop bad actors from accessing our platform so that financial crime does not have a chance to form.

What this means for you, the user, is that local anti-money laundering laws require Coinbase to verify your identity before you're allowed to have full use of our services, including trading, staking, and sending/receiving funds. We do this through a know-your-customer (KYC) program and it is one of the first things you see when you sign up for a new account. Over the course of several screens, we ask users to provide personal information so that we can properly verify that you are who you say you are. Depending on the country in which you live, you may see a slightly different mix of steps that include:

- A screen to input your address, date of birth, and the last four of your SSN

- A screen to capture the image of your personal ID card

- A screen to capture the image of your proof of address like a utility bill

- Questions about how you plan to use Coinbase products

We collect this information to satisfy local anti-money laundering laws, which includes determining if you're on any international sanctions lists.  We also have a sophisticated fraud detection engine that helps us measure risk which then makes a decision on whether you need to supply additional information in order to complete onboarding.

*Figure 32.*[49]

76.    Further, to trade cryptocurrency using the Accused Products, a user must also have a unique address. The unique address authorizes the user to send and receive cryptocurrency from and to the user's wallet.

---

[49] https://www.coinbase.com/blog/know-your-customer-kyc-verification.



*Figure 33.*[50]



*Figure 34.*[51]

77.    The authorized authoring member creates data comprising a draft informational object, which uniquely identifies a product for tracking purposes. For example, the authorized authoring member of the Accused Products can create data comprising a proposed transaction using the Coinbase Platform.

---

[50] https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.
[51] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.

 **Bitcoin.com**

## Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 35.*[52]

78.    The Accused Products did and continue to practice "authenticating said draft informational object created by said authorized authoring member." For example, in order to conduct a cryptocurrency transaction, a user of the Accused Products must provide proof of ownership of the cryptocurrency the user plans to send in the proposed transaction. The Coinbase Platform did and continues to manage a user's private keys, providing the private keys for transactions.

---

[52] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

## The Role of Digital Signatures in Blockchains

Blockchains are decentralized, distributed ledgers that record transactions and data across a network of computers. Digital signatures are used to authenticate the legitimacy of these transactions and ensure the reliability and integrity of the blockchain.

Every user within a blockchain network possesses a pair of cryptographic keys: a public key and a private key. When a participant initiates a transaction, they sign it with their private key. This digital signature, that is unique to the sender, serves as a proof of identity and ensures that the transaction hasn't been tampered with during transmission.

*Figure 36.*[53]

 Bitcoin.com  

# Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction**: When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures**: To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations**: Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization**: Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 37.*[54]

---

[53] https://secuxtech.com/blogs/blog/digital-signatures-what-they-are-and-what-they-do.
[54] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

79.     Additionally, the Coinbase Platform did and continues to review and monitor blockchain transactions to verify that a transaction is not dangerous and to detect and neutralize potential risks.



**coinbase**          Cryptocurrencies      Individuals      Businesses      Institutions

Blockchain Transactions

We review blockchain transactions to detect the presence of malicious software designed to target any token we list. This type of monitoring requires significant effort, as we review large amounts of data from hundreds of tokens on many different networks – which is why we use a proprietary blockchain monitoring system that alerts us whenever a dangerous smart contract is invoked. Working in tandem with our custom heuristics engines, our systems quickly analyze blockchain transactions and develop intelligence models that predict, detect, and neutralize potential risks. When our blockchain security teams identify dangerous vulnerabilities on a network, we notify our users and ask project teams to mitigate those risks; if they're unable to do so, we take actions that include delisting their tokens.

*Figure 38.* [55]

80.     Further, a validator provided by the Coinbase Platform confirms the validity of new transactions added to the next block of the blockchain.

---

[55]         https://www.coinbase.com/blog/how-coinbase-monitors-tokens-we-list-for-ongoing-compliance.



*Figure 39.*[56]

81.    The Accused Products did and continue to practice "converting said authenticated informational object created by said authorized authoring member to a corresponding immutable informational object which is identified by a unique identifier." For example, the blockchain used with the Accused Products is an immutable ledger. The authenticated informational object is converted to a corresponding immutable informational object when the proposed transaction is

---

[56] https://www.coinbase.com/blog/ethereum-validator-performance-report.

carried out and is converted into a block on the blockchain. The block is identified by a unique identifier.



*Figure 40.*[57]

Blockchain is a decentralized digital database or ledger that securely stores records across a network of computers in a way that is transparent, immutable, and resistant to tampering. Each "block" contains data, and the blocks are linked in a chronological "chain."

*Figure 41.*[58]

---

[57] https://www.investopedia.com/terms/b/blockchain.asp.
[58] https://www.investopedia.com/terms/b/blockchain.asp.

> **Hash**
>
> Every transaction that has been verified and added to the blockchain will receive an assigned `hash`. This creates a unique identifier for the transaction that can be used to locate and retrieve information about a specific transaction.

*Figure 42.*[59]

82.     The Accused Products did and continue to practice "writing said created immutable informational object into a memory for use by authorized accessing members." For example, the Accused Products did and continue to write and store records pertaining to blocks on a digital ledger. Authorized accessing members use the Accused Products to trade cryptocurrency and view cryptocurrency records.



*Figure 43.*[60]

---

[59] https://www.alchemy.com/docs/understanding-the-transaction-object-on-ethereum#hash.
[60] https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.



*Figure 44.*[61]

83.    The Accused Products did and continue to practice "updating an informational object by creating a new informational object relating back to said informational object and containing new data." For example, the Accused Products did and continue to utilize an immutable record for cryptocurrency transactions stored on the blockchain. The immutable record includes, for example, every sale of the cryptocurrency. When the cryptocurrency is sold, the blockchain is updated by creating a new informational object, a new block, that relates back to the informational object and contains new data pertaining to the sale.

---

[61] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.



*Figure 45.*[62]

Blocks are batches of transactions with a hash of the previous block in the chain. This links blocks together (in a chain) because hashes are cryptographically derived from the block data. This prevents fraud, because one change in any block in history would invalidate all the following blocks as all subsequent hashes would change and everyone running the blockchain would notice.

*Figure 46.*[63]

---

[62] https://www.researchgate.net/figure/Simplified-Bitcoin-Block-Chain-There-are-several-types-of-Blockchain-5-namely-1_fig1_345783703.
[63] https://ethereum.org/developers/docs/blocks/.



*Figure 47.*[64]

[64] https://www.researchgate.net/figure/The-structure-and-transaction-of-Ethereum-blockchain-Full-size-DOI_fig1_356927282.



# Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 48.*[65]

## Damages

84.    Pardalis has been damaged as a result of Coinbase's infringing conduct described in this Count. Coinbase is, thus, liable to Pardalis in an amount that adequately compensates Pardalis for Coinbase's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### COUNT III

(INFRINGEMENT OF U.S. PATENT NO. 7,949,668)

---

[65] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

85.    Plaintiff incorporates the preceding paragraphs herein by reference.

86.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

87.    Pardalis is the owner of all substantial rights, title, and interest in and to the '668 Patent including the right to exclude others and to enforce, sue, and recover damages for past infringements.

88.    The '668 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on May 24, 2011, after full and fair examination.

89.    Coinbase has directly and/or indirectly infringed (by inducing infringement) one or more claims of the '668 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, Coinbase products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '668 Patent, including, but not limited to, the Accused Products.

***Direct Infringement (35 U.S.C. § 271(a))***

90.    Coinbase has directly infringed one or more claims of the'668 Patent in this District and elsewhere in Texas and the United States.

91.    Coinbase has directly infringed, either by itself or via its agent(s), at least claim 7 of the '668 Patent as set forth under 35 U.S.C. § 271(a) by making, offering to sell, selling, testing, and/or using the Accused Products.

92.    By way of illustration only, the Accused Products did and continue to perform each and every element of claim 7 of the '668 Patent. The Accused Products did and continue to perform "a method of operating a common point authoring system for complex sharing of hierarchically

authored data objects in a distribution chain" For example, the Accused Products did and continue to operate a common point authoring system for complex sharing of hierarchically authored data objects in a distribution chain such as digital assets like Bitcoin, Ethereum, Solana, and other cryptocurrencies, as demonstrated below:



**A Safe, Trusted, and Easy-to-Use Platform**

Coinbase is building the infrastructure to power the cryptoeconomy, helping bring the benefits of this new technology to the world. Today, you could think of our products as a safe and easy-to-use platform to buy, sell, store, save, spend, and use cryptocurrency. But for many of our customers, they simply think of us as their primary financial account in the cryptoeconomy. Coinbase is building a portfolio of different products and services that connect to this primary financial account, and we're enabling third party products and services to be connected as well. We seek to make all of our products and services the most trusted and easiest to use in the industry.

*Figure 49.*[66]



**coinbase**                                                    Sign In

Coinbase.com is a centralized crypto exchange that holds your cryptocurrency or 'digital assets' for you. When you buy, receive, or hold digital assets using a Coinbase.com account, they are securely stored or 'custodied' for your benefit in a hosted digital asset wallet. At all times, these assets are yours – they never belong to Coinbase.

*Figure 50.*[67]

93.     The Accused Products did and continue to practice "enabling an authorized authoring member to create data comprising a draft informational object, which uniquely identifies a product for tracking purposes." For example, the Coinbase Platform did and continues to authorize users, through know-your-customer (KYC) technology, and enables those users to create

---

[66] Coinbase Prospectus, 2021 (https://www.sec.gov/Archives/edgar/data/1679788/000162828021003168/coinbaseglobalincs-1.htm).
[67] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.

data comprising proposed transactions, including public and private keys, that uniquely identify cryptocurrency, such as Bitcoin, Ethereum, Solana, and other cryptocurrencies. In order for a user to have the appropriate permissions to have full use of the Accused Products, the user's identity must be verified. Once a user has been authorized, the user has full use of the Accused Products, including trading cryptocurrency.



*Figure 51.*[68]

[68] https://www.coinbase.com/blog/know-your-customer-kyc-verification.

94.    Further, to trade cryptocurrency using the Accused Products, a user must also have a unique address. The unique address authorizes the user to send and receive cryptocurrency from and to the user's wallet.



*Figure 52.*[69]



*Figure 53.*[70]

95.    The authorized authoring member creates data comprising a draft informational object, which uniquely identifies a product for tracking purposes. For example, the authorized

---

[69] https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.
[70] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.

authoring member of the Accused Products can create data comprising a proposed transaction using the Coinbase Platform.



**Overview**

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 54.*[71]

96.     The Accused Products did and continue to practice "enabling an authorized individual to authenticate said draft informational object created by said authorized authoring member." For example, in order to conduct a cryptocurrency transaction, a user of the Accused Products must provide proof of ownership of the cryptocurrency the user plans to send in the

---

[71] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

proposed transaction. The Coinbase Platform did and continues to manage a user's private keys, providing the private keys for transactions.

**The Role of Digital Signatures in Blockchains**

Blockchains are decentralized, distributed ledgers that record transactions and data across a network of computers. Digital signatures are used to authenticate the legitimacy of these transactions and ensure the reliability and integrity of the blockchain.

Every user within a blockchain network possesses a pair of cryptographic keys: a public key and a private key. When a participant initiates a transaction, they sign it with their private key. This digital signature, that is unique to the sender, serves as a proof of identity and ensures that the transaction hasn't been tampered with during transmission.

*Figure 55.*[72]

---

[72] https://secuxtech.com/blogs/blog/digital-signatures-what-they-are-and-what-they-do.

 

**Bitcoin.com**

## Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 56.*[73]

97.     Additionally, the Coinbase Platform did and continues to review and monitor blockchain transactions to verify that a transaction is not dangerous and to detect and neutralize potential risks.

---

[73] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

**coinbase**        Cryptocurrencies     Individuals     Businesses     Institutions

Blockchain Transactions

We review blockchain transactions to detect the presence of malicious software designed to target any token we list. This type of monitoring requires significant effort, as we review large amounts of data from hundreds of tokens on many different networks – which is why we use a proprietary blockchain monitoring system that alerts us whenever a dangerous smart contract is invoked. Working in tandem with our custom heuristics engines, our systems quickly analyze blockchain transactions and develop intelligence models that predict, detect, and neutralize potential risks. When our blockchain security teams identify dangerous vulnerabilities on a network, we notify our users and ask project teams to mitigate those risks; if they're unable to do so, we take actions that include delisting their tokens.

*Figure 57.*[74]

98.     Further, a validator provided by the Coinbase Platform confirms the validity of new transactions added to the next block of the blockchain.

---

[74]         https://www.coinbase.com/blog/how-coinbase-monitors-tokens-we-list-for-ongoing-compliance.



*Figure 58.*[75]

99.    The Accused Products did and continue to practice "converting said authenticated informational object created by said authorized authoring member to a corresponding immutable informational object which is identified by a unique identifier." For example, the blockchain used with the Accused Products is an immutable ledger. The authenticated informational object is converted to a corresponding immutable informational object when the proposed transaction is

---

[75] https://www.coinbase.com/blog/ethereum-validator-performance-report.

carried out and is converted into a block on the blockchain. The block is identified by a unique identifier.



*Figure 59.*[76]

Blockchain is a decentralized digital database or ledger that securely stores records across a network of computers in a way that is transparent, immutable, and resistant to tampering. Each "block" contains data, and the blocks are linked in a chronological "chain."

*Figure 60.*[77]

---

[76] https://www.investopedia.com/terms/b/blockchain.asp.
[77] https://www.investopedia.com/terms/b/blockchain.asp.

> **Hash**
>
> Every transaction that has been verified and added to the blockchain will receive an assigned `hash`. This creates a unique identifier for the transaction that can be used to locate and retrieve information about a specific transaction.

*Figure 61.*[78]

100.    The Accused Products did and continue to practice "writing said created immutable informational object into a memory for use by authorized accessing members." For example, the Accused Products did and continue to write and store records pertaining to blocks on a digital ledger. Authorized accessing members use the Accused Products to trade cryptocurrency and view cryptocurrency records.



*Figure 62.*[79]

---

[78] https://www.alchemy.com/docs/understanding-the-transaction-object-on-ethereum#hash.
[79] https://www.coinbase.com/learn/crypto-basics/what-is-a-blockchain.



*Figure 63.*[80]

101.    The Accused Products did and continue to practice "enabling an authorized authoring member to create data comprising at least one draft data element." The authorized authoring member creates data comprising a draft data element. For example, the authorized authoring member of the Accused Products can create data comprising draft data elements pertaining to the user, the user's account, and/or the proposed transaction, etc. by inputting data into the Coinbase Platform.

---

[80] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.



*Figure 64.*[81]



*Figure 65.*[82]

---

[81] https://www.coinbase.com/.
[82] https://www.coinbase.com/home.



**Overview**

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 66.*[83]

102.     The Accused Products did and continue to practice "wherein said step of enabling an authorized authoring member incorporates said at least one draft data element into said draft informational object." The authorized authoring member incorporates the at least one draft data element into said draft informational object. For example, the authorized authoring member of the Accused Products can create data comprising a proposed transaction which incorporates the draft data elements pertaining to the user, the user's account, and/or the proposed transaction, etc. using the Coinbase Platform.

---

[83] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

 **Bitcoin.com**  

# Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.
2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.
3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.
4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 67.*[84]

103.    The Accused Products did and continue to practice "wherein said step of enabling an authorized individual to authenticate comprises: enabling an authorized individual to authenticate said draft data element created by said authorized authoring member." For example, in order to conduct a cryptocurrency transaction, a user of the Accused Products must provide proof of ownership of the cryptocurrency the user plans to send in the proposed transaction. The Coinbase Platform did and continues to manage a user's private keys, providing the private keys for transactions.

---

[84] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

**The Role of Digital Signatures in Blockchains**

Blockchains are decentralized, distributed ledgers that record transactions and data across a network of computers. Digital signatures are used to authenticate the legitimacy of these transactions and ensure the reliability and integrity of the blockchain.

Every user within a blockchain network possesses a pair of cryptographic keys: a public key and a private key. When a participant initiates a transaction, they sign it with their private key. This digital signature, that is unique to the sender, serves as a proof of identity and ensures that the transaction hasn't been tampered with during transmission.

*Figure 68.*[85]

 Bitcoin.com  

# Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 69.*[86]

---

[85] https://secuxtech.com/blogs/blog/digital-signatures-what-they-are-and-what-they-do.
[86] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

104.    The Accused Products did and continue to practice "wherein said step of converting converts said authenticated at least one draft data element to a corresponding immutable draft data element which is identified by a unique identifier." For example, the blockchain used with the Accused Products is an immutable ledger. The authenticated draft data element is converted to a corresponding immutable data element when it is recorded on the blockchain as part of a transaction. The immutable draft data element is identified by a unique identifier. For example, unique identifiers correspond to immutable draft data elements pertaining to the user or the transaction.



*Figure 70.*[87]

---

[87] https://www.investopedia.com/terms/b/blockchain.asp.

Blockchain is a decentralized digital database or ledger that securely stores records across a network of computers in a way that is transparent, immutable, and resistant to tampering. Each "block" contains data, and the blocks are linked in a chronological "chain."

*Figure 71.*[88]

 **Bitcoin.com**  

# Overview

If you want to send some money to your friend, in the traditional banking system, you'd probably use a bank app or website to transfer the funds, and the bank would handle everything behind the scenes. However, you can send bitcoin without the need for a central authority like a bank. The Bitcoin transaction process ensures that transactions are legitimate, secure, and transparent. The following is a bitcoin transaction overview:

1. **Creating a Transaction:** When you send bitcoin, you create a transaction from your digital wallet. This transaction includes the sender's address (public key), the recipient's address (public key), the amount of Bitcoin to be sent, and a transaction fee that you're willing to pay to the miners.

2. **Digital Signatures:** To prove that you are the owner of the bitcoin you want to send, the transaction must be signed using your private key through a cryptographic process. This is known as a digital signature. It's essential to keep your private key secret because it's like your digital password.

3. **Broadcasting and confirmations:** Once signed, the transaction is broadcasted to the Bitcoin network and goes into the mempool, which is like a waiting room for transactions that are waiting to be confirmed. Miners can pick transactions from the mempool to form new blocks. The first miner to solve a difficult mathematical problem gets to make the next block. The winning miner broadcasts its new block, which gets confirmed by the rest of the network.

4. **Transaction Finalization:** Once confirmed, the new block is added to each network participant's copy of the blockchain. The transactions in the new block are considered to be confirmed. However, it's common practice to wait for at least six confirmations (six more blocks to be added after the block containing your transaction) to consider the transaction final. This is to ensure that the transaction won't be reversed or double-spent in case of a temporary fork in the blockchain.

*Figure 72.*[89]

---

[88] https://www.investopedia.com/terms/b/blockchain.asp.
[89] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.



*Figure 73.*[90]



*Figure 74.*[91]

---

[90] https://help.coinbase.com/en/coinbase/other-topics/legal-policies/what-does-coinbase-do-with-my-digital-assets.

[91] https://xeslabs.com/Blockchain.

Blockchain is a decentralized digital database or ledger that securely stores records across a network of computers in a way that is transparent, immutable, and resistant to tampering. Each "block" contains data, and the blocks are linked in a chronological "chain."

*Figure 75.*[92]

**Hash**

Every transaction that has been verified and added to the blockchain will receive an assigned `hash`. This creates a unique identifier for the transaction that can be used to locate and retrieve information about a specific transaction.

*Figure 76.*[93]

**₿ Bitcoin.com**                                    🔍  ☰

# Public and private keys



To send Bitcoin, you must have access to the public and private keys associated with the amount of bitcoin you want to send. When we talk of someone "owning" bitcoins, what it actually means is that person has access to a 'key pair' comprised of:

- a *public key* (an address) to which some amount bitcoin was previously sent
- the corresponding unique *private key* (a password) which authorizes the bitcoin previously sent to the above public key (address) to be sent elsewhere.

*Figure 77.*[94]

---

[92] https://www.investopedia.com/terms/b/blockchain.asp.
[93] https://www.alchemy.com/docs/understanding-the-transaction-object-on-ethereum#hash.
[94] https://www.bitcoin.com/get-started/how-bitcoin-transactions-work/.

*Figure 78.*[95]

***Damages***

105.    Pardalis has been damaged as a result of Coinbase's infringing conduct described in this Count. Coinbase is, thus, liable to Pardalis in an amount that adequately compensates Pardalis for Coinbase's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

---

[95] https://www.alchemy.com/docs/understanding-the-transaction-object-on-ethereum.

## CONCLUSION

106.    Pardalis is entitled to recover from Coinbase the damages sustained by Pardalis as a result of Coinbase's wrongful acts, in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court.

107.    Pardalis has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute may give rise to an exceptional case within the meaning of 35 U.S.C. § 285, and Pardalis is entitled to recover its reasonable and necessary attorneys' fees, costs, and expenses.

## JURY DEMAND

108.    Pardalis hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

109.    Pardalis respectfully requests that the Court find in its favor and against Coinbase, and that the Court grant Pardalis the following relief:

(i)    A judgment that one or more claims of the Asserted Patents have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

(ii)    A judgment that Defendant account for and pay to Plaintiff all damages and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, including an accounting for any sales or damages not presented at trial;

(iii)    A judgment that Plaintiff be granted pre-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein;

(iv)  A judgment that this case is exceptional under the provisions of 35 U.S.C. § 285 and award enhanced damages; and

(v)   Such other and further relief as the Court deems just and equitable.

Dated: October 7, 2025                              Respectfully submitted,

                                                   */s/ Justin B. Kimble*
                                                   Justin B. Kimble (Lead Counsel)
                                                   Texas Bar No. 24036909
                                                   Patrick J. Conroy
                                                   Texas Bar No. 24012448
                                                   Nathan L. Levenson
                                                   Texas Bar No. 24097992
                                                   Nelson Bumgardner Conroy PC
                                                   2727 N. Harwood, Suite 250
                                                   Dallas, Texas 75201
                                                   Tel: (214) 446-4950
                                                   justin@nelbum.com
                                                   pat@nelbum.com
                                                   nathan@nelbum.com

                                                   Janson H. Westmoreland
                                                   Texas Bar No. 24131755
                                                   Nelson Bumgardner Conroy PC
                                                   3131 West 7th Street, Suite 300
                                                   Fort Worth, Texas 76107
                                                   Tel: (817) 377-9111
                                                   janson@nelbum.com

                                                   Taryn N. Trusty
                                                   Illinois Bar No. 6344409
                                                   Nelson Bumgardner Conroy PC
                                                   745 McClintock Drive, Suite 340
                                                   Burr Ridge, IL Tel: (708) 675-1974
                                                   taryn@nelbum.com

                                                   **Attorneys for Plaintiff**
                                                   **Pardalis Technology Licensing, L.L.C.**


## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record.

                                                   */s/ Justin B. Kimble*

PLAINTIFF'S ORIGINAL COMPLAINT                    76