IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION 7:25-cv-00457-DC-DTG |
| v. | § § | JURY TRIAL DEMANDED |
| COINBASE GLOBAL, INC., | § § § | |
| *Defendant*. | | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Mark D. Siegmund of the law firm of CHERRY JOHNSON SIEGMUND James, PC hereby enters an appearance as additional counsel for Plaintiff Pardalis Technology Licensing, L.L.C. in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Mark D. Siegmund at the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC. Mr. Siegmund's contact information is provided below:

CHERRY JOHSON SIEGMUND JAMES, PC
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

Respectfully submitted,

**CHERRY JOHNSON SIEGMUND JAMES, PC**
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

BY: /s/ *Mark D. Siegmund*
**MARK D. SIEGMUND**
State Bar No. 24117055
Email: msiegmund@cjsjlaw.com

**ATTORNEY FOR PLAINTIFF PARDALIS TECHNOLOGY LICENSING, L.L.C.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the Court's electronic filing system to all counsel of record on this the 10th day of December 2025.

/s/ *Mark D. Siegmund*
MARK D. SIEGMUND