IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> COINBASE GLOBAL, INC., <br><br> Defendant. | CIVIL ACTION NO. 7:25-cv-457 <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff Pardalis Technology Licensing, L.L.C. requests that the Court extend Plaintiff's time to file an amended complaint under Rule CV-15. Defendant Coinbase Global, Inc. filed its Motion to Dismiss for Improper Venue or, Alternatively, Transfer to the Northern District of California on December 19, 2025. Rule CV-15 provides that Plaintiff may respond to a first motion to dismiss under Rule 12(b) by filing an amended pleadings as a matter of course no later than 21 days after the motion. Thus, Plaintiff's deadline to file an amended complaint is currently January 9, 2026. Plaintiff requests that this deadline be extended 21 days, through and including January 30, 2026. The requested extension is not sought for delay, but due to the intervening holidays and to allow Plaintiff to further assess Defendant's motion.

Counsel for Plaintiff conferred with counsel for Defendant on December 30, 2025, and Defendant does not oppose the requested relief.

1

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted, |
| | /s/ *Justin B. Kimble* |
| | Justin B. Kimble (Lead Counsel) |
| | Texas Bar No. 24036909 |
| | Patrick J. Conroy |
| | Texas Bar No. 24012448 |
| | Nathan L. Levenson |
| | Texas Bar No. 24097992 |
| | **Nelson Bumgardner Conroy PC** |
| | 2727 N. Harwood, Suite 250 |
| | Dallas, Texas 75201 |
| | Tel: (214) 446-4950 |
| | justin@nelbum.com |
| | pat@nelbum.com |
| | nathan@nelbum.com |
| | |
| | Janson H. Westmoreland |
| | Texas Bar No. 24131755 |
| | **Nelson Bumgardner Conroy PC** |
| | 3131 West 7th Street, Suite 300 |
| | Fort Worth, Texas 76107 |
| | Tel: (817) 377-9111 |
| | janson@nelbum.com |
| | |
| | Taryn N. Trusty |
| | Illinois Bar No. 6344409 |
| | **Nelson Bumgardner Conroy PC** |
| | 745 McClintock Drive, Suite 340 |
| | Burr Ridge, IL |
| | Tel: (708) 675-1974 |
| | taryn@nelbum.com |
| | |
| | Mark D. Siegmund |
| | Texas Bar No. 24117055 |
| | **Cherry Johnson Siegmund James, PC** |
| | 7901 Fish Pond Road |
| | 2nd Floor |
| | Waco, Texas 76720 |
| | Tel: (254) 732-2242 |
| | msiegmund@cjsjlaw.com |
| | |
| | **Attorneys for Plaintiff** |
| | **Pardalis Technology Licensing, L.L.C.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record on December 30, 2025, via the Court's CM/ECF system.

*/s/ Justin B. Kimble*
