IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **PARDALIS TECHNOLOGY LICENSING, L.L.C.,** § § § *Plaintiff,* § § v. § § **COINBASE GLOBAL, INC.,** § § *Defendant,* § | CASE NO. 7:25-CV-00457-DC-DTG |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 23)

Before the Court is the defendant, Coinbase Global, Inc.'s unopposed motion for leave to file under seal (Dkt. No. 23). Having considered the motion, and good cause appearing, the Court hereby **GRANTS** the motion.

The Clerk is **DIRECTED** to file the defendant's Motion to Dismiss for Improper Venue or, Alternatively, Transfer to the Northern District of California (Dkt. No. 23-1), Declarations 1-11 (Dkt. Nos. 23-2 through 23-12), and Exhibits 1-11 (Dkt. Nos. 23-13 through 23-23) under seal and title each document respectively.

The defendant is **ORDERED** to file a redacted copy of the motion to file under seal and the sealed document(s) within seven (7) days of the date of this order. If a redacted copy is not timely filed, the Court may order the original document to be unsealed.

**SIGNED** this 8th day of January, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE