# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., | CIVIL ACTION NO. 7:25-cv-00457-DC-DTG |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| COINBASE GLOBAL, INC., | |
| Defendant. | |

## JOINT MOTION TO ENTER AGREED SCHEDULING ORDER

Plaintiff Pardalis Technology Licensing, L.L.C. and Defendant Coinbase Global, Inc. hereby jointly move the Court for entry of the agreed scheduling order submitted herewith as a Proposed Order.

Dated: March 13, 2026                               Respectfully submitted,

/s/ Justin B. Kimble                                   /s/ Shaun Hassett
**Justin B. Kimble**                                   Michael E. Jones
Texas Bar No. 24036909                           Texas Bar No. 10929400
**Patrick J. Conroy**                                  mikejones@potterminton.com
Texas Bar No. 24012448                           Shaun Hassett
**Nathan L. Levenson**                              Texas Bar No. 24074372
Texas Bar No. 24097992                           shaunhassett@potterminton.com
**Nelson Bumgardner Conroy PC**           POTTER MINTON P.C.
2727 N. Harwood Street, Suite 250          110 N. College Ave., Suite 900
Dallas, Texas 75201                                  Tyler, Texas 75702
Tel: (214) 446-4950                                   Tel: (903) 597-8311
pat@nelbum.com                                       Fax: (903) 593-0846
justin@nelbum.com
nathan@nelbum.com                                 Rita J. Yoon
                                                             Illinois Bar No. 6298019
**Janson H. Westmoreland**                      ryoon@jonesday.com

1

Texas Bar No. 24131755
**Nelson Bumgardner Conroy PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
janson@nelbum.com

**Taryn N. Trusty**
Illinois Bar No. 6344409
**Nelson Bumgardner Conroy PC**
745 McClintock Drive, Suite 340
Burr Ridge, IL
Tel: (708) 675-1974
taryn@nelbum.com

**Mark D. Siegmund**
Texas Bar No. 24117055
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Road
2nd Floor
Waco, Texas 76720
Tel: (254) 732-2242
msiegmund@cjsjlaw.com

**Attorneys for Plaintiff**
**Pardalis Technology Licensing, L.L.C.**

JONES DAY
555 California St., 26th Floor
San Francisco, California 94104
Tel: (415) 626-3939
Fax: (415) 875-5700

I. Sasha Mayergoyz
Illinois Bar No. 6271800
smayergoyz@jonesday.com
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, Illinois 60606
Tel: (312) 782-3939
Fax: (312) 782-8585

H. Albert Liou
Texas Bar No. 24061608
aliou@jonesday.com
JONES DAY
717 Texas Ave., Suite 3300
Houston, Texas 77002
Tel: (832) 239-3939
Fax: (832) 239-3600

R. Levent Herguner
NY Bar No. 5722228
rlherguner@jonesday.com
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

Stephen M. Bradley
GA Bar No. 178489
sbradley@jonesday.com
JONES DAY
1221 Peachtree St., N.E., Suite 400
Atlanta, Georgia 30361
Tel: (404) 521-3939
Fax: (404) 581-8330

Zachary J. Hardy
CA Bar No. 357459
zhardy@jonesday.com
JONES DAY

2

1755 Embarcadero Rd.
Palo Alto, California 94303
Tel: (650) 739-3939
Fax: (650) 739-3900

**Attorneys for Defendant
COINBASE GLOBAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record.

*/s/Justin B. Kimble*

3