**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> COINBASE GLOBAL, INC., <br><br> Defendant. | CIVIL ACTION NO. 7:25-CV-00457-DC-DTG <br><br><br> **JURY TRIAL DEMANDED** |

## <u>SCHEDULING ORDER</u>

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| April 7, 2026 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.*, the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| June 2, 2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Deadline | Item |
|---|---|
| | under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| **July 14**, 2026 | Parties exchange claim terms for construction. |
| **July 28**, 2026 | Parties exchange proposed claim constructions. |
| **August 4**, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| **August 11**, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| **August 18**, 2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| **September 8**, 2026 | Plaintiff files Responsive claim construction brief. |
| **September 22**, 2026 | Defendant files Reply claim construction brief. |
| **September 22**, 2026 | Parties to jointly email the law clerks to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| **October 6**, 2026 | Plaintiff files a Sur-Reply claim construction brief. |
| **October 9**, 2026 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy. |
| **October 13**, 2026 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party, in which case the parties agree that the remaining deadlines for claim construction briefing would be extended by one week to allow for any responsive expert testimony.

| Deadline | Item |
|---|---|
| | |
| **October 20**, 2026 | *Markman* Hearing at 9:00 a.m. before Judge Gilliland. |
| **October 21**, 2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| **December 1**, 2026 | Deadline to add parties. |
| **December 15**, 2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| **February 9**, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| **April 20**, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| **May 18**, 2027 | Close of Fact Discovery. |
| **May 25**, 2027 | Opening Expert Reports. |
| **June 22**, 2027 | Rebuttal Expert Reports. |
| **July 13**, 2027 | Close of Expert Discovery. |
| **July 20**, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| **July 27**, 2027 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| **August 10**, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness |

3

| Deadline | Item |
|---|---|
| | lists, deposition designations). |
| **August 31**, 2027 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| **August 31**, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| **September 7**, 2027 | Serve objections to rebuttal disclosures; file motions *in limine.* |
| **September 14**, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| **September 21**, 2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| **September 28**, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine.* |
| **September 30**, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |
| **October 15**, 2027 | Final Pretrial Conference at 10:00 a.m. |
| **November 1**, 2027 | Jury Selection at 8:00 a.m. Trial to follow. |

**SIGNED** this 9th day of April, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE