**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> COINBASE GLOBAL, INC., <br><br> Defendants. | CIVIL ACTION NO.  7:25-cv-457 <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR VENUE BRIEFING AND EXCHANGE OF CLAIM CONSTRUCTIONS**

The parties completed venue discovery on June 12, 2026; thus, Plaintiff's opposition to Defendant's Motion to Dismiss or Transfer (Dkt. 38) is due June 26, 2026.

Plaintiff requests, and Defendant does not oppose, an extension of 7 days to file its opposition to July 3, 2026. Plaintiff has also agreed that Defendant's reply can be extended until July 17, 2026; the parties' exchange of claim terms for construction be extended from July 14, 2026 to July 28, 2026; the parties' exchange of proposed claim constructions be extended from July 28, 2026 to August 4, 2026; and the parties disclosure of extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness, from August 4, 2026 to August 7, 2026. The requested extension is not sought for delay, but in order to accommodate Plaintiff's counsel's conflicts and that justice may be done.

Counsel for the parties met and conferred and agreed to these requests on June 17, 2026.

1

Dated: June 18, 2026

Respectfully submitted,

*/s/ Justin B. Kimble*

Justin B. Kimble (Lead Counsel)
Texas Bar No. 24036909
Patrick J. Conroy
Texas Bar No. 24012448
Nathan L. Levenson
Texas Bar No. 24097992
**Nelson Bumgardner Conroy PC**
2727 N. Harwood, Suite 250
Dallas, Texas 75201
Tel: (214) 446-4950
justin@nelbum.com
pat@nelbum.com
nathan@nelbum.com

Janson H. Westmoreland
Texas Bar No. 24131755
**Nelson Bumgardner Conroy PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
janson@nelbum.com

Taryn N. Trusty
Illinois Bar No. 6344409
**Nelson Bumgardner Conroy PC**
745 McClintock Drive, Suite 340
Burr Ridge, IL
Tel: (708) 675-1974
taryn@nelbum.com

Mark D. Siegmund
Texas Bar No. 24117055
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Road
2nd Floor
Waco, Texas 76720
Tel: (254) 732-2242
msiegmund@cjsjlaw.com

**Attorneys for Plaintiff**
**Pardalis Technology Licensing, L.L.C.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record on June 18, 2026, via the Court's CM/ECF system.

*/s/ Justin B. Kimble*