## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., | § § § § § § |
| *Plaintiff,* | § § |
| *v.* | § § CASE NO. 7:25-CV-00457-DC-DTG |
| COINBASE GLOBAL, INC., | § § § § |
| *Defendant,* | § § |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME (DKT. NO. 48)

Before the Court is the plaintiff's unopposed motion for extension of time. Having considered the motion, the motion is **GRANTED**.

It is **ORDERED** that the deadline for Plaintiff to file an opposition to Defendant's Motion To Dismiss or Transfer (Dkt. 38) is extended 7 days, through and including July 3, 2026; the deadline for Defendant's reply is July 17, 2026; the parties' exchange of claim terms for construction is extended from July 14, 2026 to July 28, 2026; the parties' exchange of proposed claim constructions is extended from July 28, 2026 to August 4, 2026; and the parties disclosure of extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness, from August 4, 2026 to August 7, 2026.

**SIGNED** this 2nd day of July, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE