**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **PARDALIS TECHNOLOGY LICENSING, L.L.C.** | § | |
| | § | **NO: MO:25-CV-00457-DC-DTG** |
| **vs.** | § | |
| | § | |
| **COINBASE GLOBAL, INC.** *Defendant* | | |

# ORDER RESETTING MARKMAN HEARING HELD IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Tuesday, October 20, 2026 at 02:00 PM (2 hour time block).

**IT IS SO ORDERED** this **17th day of August, 2026**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE