**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| PARDALIS TECHNOLOGY LICENSING L.L.C., *Plaintiff,* v. COINBASE GLOBAL, INC., *Defendant,* | § § § § § § § § § § | **CASE NO. 7:25-CV-00457-DC-DTG** |

**ORDER GRANTING DEFENDANT'S OPPOSED MOTION FOR LEAVE TO BRIEF 20 ADDITIONAL TERMS FOR CLAIM CONSTRUCTION WITHIN THE EXISTING PAGE LIMITS (DKT. NO. 60)**

Before the Court is the defendant Coinbase Global, Inc.'s Opposed Motion for Leave to Brief 20 Additional Terms for Claim Construction Within the Existing Page Limits (Dkt. No. 60). After consideration of said motion, the Court finds that it is well-taken and should be **GRANTED**. It is **ORDERED** that the defendant Coinbase Global, Inc. is hereby granted leave to brief twenty (20) additional terms for claim construction within the existing page limits.

**SIGNED** this 24th day of August, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE